**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000056**
**16-APR-2026**
**08:17 AM**
**Dkt. 25 ODSLJ**

NO. CAAP-26-0000056

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IES RETAIL, LLC, Plaintiff-Appellee,
v.
LAHAINA PETROLEUM, LLC, Defendant-Appellant,
and
ALOHA PETROLEUM, LLC, Defendant-Appellee,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND
DOE GOVERNMENTAL UNITS 1-20, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-24-0000439)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears we lack jurisdiction over Defendant-Appellant Lahaina Petroleum, LLC's appeal from the November 25, 2025 *Findings of Fact and Conclusions of Law and **Order** Granting Plaintiff IES Retail, LLC's Motion for Partial Summary Judgment on Liability for Counts I, II, and III (Regarding Purchase Option Agreements), Filed on August 20, 2025 [DKT. 92]*, because the circuit court has not entered a final, appealable order or judgment, see Hawaiʻi Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994); the Order is not appealable under the collateral-order or Forgay doctrines, see Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (discussing collateral-order doctrine and

Forgay v. Conrad, 47 U.S. 201 (1848)); and the circuit court has not granted leave for an interlocutory appeal under HRS § 641-1(b).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions and stipulations are dismissed.

DATED:  Honolulu, Hawaiʻi, April 16, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge